# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-3312

_____

| | | |
|---|---|---|
| Michael Keith Daugherty, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| The Heights; Cassie Dauer; Mary Siler; | * | |
| Teresa Proebsting, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: March 4, 2012
Filed: May 11, 2012

_____

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Michael Daugherty appeals the district court's[1] adverse grant of summary judgment in his action against The Heights and several of its employees. Daugherty claimed that he was denied access to a public accommodation, namely, The Heights's swimming pool, because of his race in violation of Title II of the Civil Rights Act of 1964, 42 U.S.C. § 2000a. Upon careful de novo review, see Cross v. Prairie Meadows Racetrack & Casino, Inc., 615 F.3d 977, 980-81 (8th Cir. 2010), we conclude that

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

summary judgment was properly granted, <u>see</u> <u>id.</u> at 981 (to survive summary judgment, plaintiff must substantiate allegations with enough probative evidence to support finding in her favor); <u>Bloom v. Metro Heart Grp. of St. Louis, Inc.</u>, 440 F.3d 1025, 1028 (8th Cir. 2006) (speculation and conjecture are insufficient to defeat summary judgment).  We also reject as meritless Daugherty's contention that the district court relied on fabricated evidence.

Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

_____